Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−21420−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luis R. Galarza
  16 Trout Ave
  Clementon, NJ 08021

Social Security No.:
  xxx−xx−1898

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     9/14/17
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney, period: 8/24/2016 to 8/9/2017

COMMISSION OR FEES
Fees: $2,298.50

EXPENSES
$122.66

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 10, 2017
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-21420-ABA
Luis R. Galarza                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Aug 10, 2017
                              Form ID: 137              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db            +Luis R. Galarza,    16 Trout Ave,    Clementon, NJ 08021-4014
aty           +Buckley Madole, P.C.,    99 Wood Avenue South,    Ste 803,    Iselin, NJ 08830-2713
cr            +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
lm            +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard,    Suite 300,
               Highlands Ranch, CO 80129-2386
516230108     +Aargon Collection Agency,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
516230109     +Borough of Clementon,    Attn: Tax Collector,    101 Gibbsboro Rd,    Clementon, NJ 08021-4035
516230110     +CBCS,    PO Box 163250,    Columbus, OH 43216-3250
516230111    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank SD, NA,    Centralized Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195-0363)
516430217     +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
516230112     +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516230113     +Covergent Outsourcing, Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
516230115     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516230116     +Experian,    PO Box 4500,    Allen, TX 75013-1311
516230117     +Financial Services Limited Partnership,    7322 Southwest Freeway,    Suite 1600,
               Houston, TX 77074-2134
516230119     +Midland Credit Management,    PO Box 939069,    San Diego, CA 92193-9069
516230120      Our Lady of Lourdes Medical Center,    PO BOX 822099,    Philadelphia, PA 19182-2099
516230121     +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
516230122     +Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
516275287     +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
516914214     +Santander Consumer USA Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
               Moorestown, NJ 08057-3125
516914215     +Santander Consumer USA Inc..,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516230123     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
516561351     +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    ( 29603-0826
516392771     +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
516230124     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
516230125     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
               Trenton, NJ 08695-0245
516991954      THE BANK OF NEW YORK MELLON,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516326987     +The Bank of New York Mellon, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516230126      TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516230127     +Verizon,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516230114     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 10 2017 23:13:11
               Credit One Bank, N.A.,    PO Box 98873,    Las Vegas, NV 89193-8873
516230118     +E-mail/Text: cio.bncmail@irs.gov Aug 10 2017 23:08:52     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516561352      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    (800) 365-7107,
               Shellpoint Mortgage Servicing,    PO Box 10826
aty*          +Buckley Madole, P.C.,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
cr*           +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
lm*           +Specialized Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
cr*           +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
                                                                                            TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Aug 10, 2017
                              Form ID: 137             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders
           of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Thomas G. Egner    on behalf of Debtor Luis R. Galarza tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
                                                                                             TOTAL: 6
```