| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Luis R Galarza** | Case No. | **16-21420** |
| | Chapter: | **13** |
| | Judge: | |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Luis R Galarza**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __**August 4, 2021**__    /s/ Luis R Galarza
　　　　　　　　　　　　　　　　**Luis R Galarza**
　　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**